UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KAWALL DEOSARAN,

                Plaintiff,

    -against-

U.S. BANK NATIONAL ASSOCIATION TRUST,
FAY SERVICING LLC,

              Defendants.
----------------------------------------------------------------X

For Online Publication Only

**ORDER**
23-CV-01391 (JMA) (AYS)

FILED
CLERK
11:32 am, May 22, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

On April 25, 2023, Plaintiff Kawall Deosaran paid the Court's filing fee in relation to his pro se complaint filed on February 21, 2023. (ECF Nos. 1, 8.)

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Given that Plaintiff's application to proceed in forma pauperis was filed and denied during 90-day period, (ECF No. 7), the Court finds good cause to extend the time for service. **Accordingly, Plaintiff must effect service on Defendants, in accordance with Rule 4 of the Federal Rules of Civil Procedure, by June 30, 2023. If Plaintiff fails to effect service or show good cause why such service has not been effected, the complaint will be dismissed without prejudice.** Plaintiff shall provide a copy of this Order to Defendants along with summonses and the complaint and shall promptly file proof of service with the Court.

Plaintiff is required to advise the Clerk of Court of any changes of address. Failure to keep the Court informed of his current address may result in dismissal of the case.

**SO ORDERED**.
Dated: May 22, 2023  /s/ JMA
Central Islip, New York  JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE