**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KAWALL DEOSARAN,

                Plaintiff,

      - against -                          **JUDGMENT**
                                            CV 23-1391 (JMA) (AYS)

U.S. BANK NATIONAL ASSOCIATION
TRUST, FAY SERVICING LLC,

                Defendants.
-----------------------------------------------------------X

An Order Dismissing Case of Honorable Joan M. Azrack, United States District Judge, having been filed on September 1, 2023, dismissing this case without prejudice pursuant to Federal Rule of Civil Procedure 4(m), and directing the Clerk of Court to enter judgment accordingly and close the case; and an Order of Honorable Joan M. Azrack, United States District Judge, having been filed on September 5, 2023, denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that Plaintiff Kawall Deosaran take nothing of Defendants U.S. Bank National Association Trust, and Fay Servicing LLC; that this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m); that *in forma pauperis* status is denied for the purpose of any appeal; and that that this case is closed.

Dated: September 7, 2023
        Central Islip, New York

                                                            BRENNA B. MAHONEY
                                                             CLERK OF COURT

                                                  BY:    /S/ JAMES J. TORITTO
                                                                DEPUTY CLERK